No. 87–1972. BOUNDS, COMMISSIONER, NORTH CAROLINA DE-
PARTMENT OF CORRECTIONS, ET AL. *v.* SMITH ET AL. C. A. 4th
Cir. Motion of respondents for leave to proceed *in forma paupe-
ris* granted. Certiorari denied. 

No. 87–1975. SEQUOIA BOOKS, INC. *v.* ILLINOIS. App. Ct. Ill.,
2d Dist. Certiorari denied. JUSTICE BRENNAN and JUSTICE
MARSHALL would grant the petition for writ of certiorari and
reverse the judgment of conviction. 

No. 87–1997. BLINDER, ROBINSON & CO., INC., ET AL. *v.* SE-
CURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Cer-
tiorari denied. JUSTICE MARSHALL took no part in the considera-
tion or decision of this petition. 

No. 87–2085. ARKANSAS STATE BOARD OF EDUCATION ET AL.
*v.* LITTLE ROCK SCHOOL DISTRICT ET AL. C. A. 8th Cir. Cer-
tiorari denied. JUSTICE MARSHALL took no part in the considera-
tion or decision of this petition. 

No. 87–2003. ILLINOIS *v.* HERNANDEZ; and
No. 87–2004. ILLINOIS *v.* CRUZ. Sup. Ct. Ill. Motions of re-
spondents for leave to proceed *in forma pauperis* granted. Cer-
tiorari denied. 

No. 87–2080. DUCKWORTH ET AL. *v.* MAURICIO. C. A. 7th
Cir. Motion of respondent for leave to proceed *in forma pauperis*
granted. Certiorari denied. 

No. 87–2102. INDIANA *v.* JONES. C. A. 7th Cir. Motion of
respondent for leave to proceed *in forma pauperis* granted. Cer-
tiorari denied.

No. 88–147. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF
CORRECTIONS *v.* WATERHOUSE. Sup. Ct. Fla. Motion of re-
spondent for leave to proceed *in forma pauperis* granted. Cer-
tiorari denied.